## Ex Parte Proctor.

CRIMINAL LAW.—*Murder.*—*Bail.*—Under an indictment for murder in the first degree, where the evidence was heard on an application to let to bail, the judges of the Supreme Court were equally divided in opinion whether the offence was, under the evidence, bailable or not.

APPEAL from the Judge of the Elkhart Circuit Court.

PER CURIAM.—The appellant was indicted for murder in the first degree, and on being brought before said judge on *habeas corpus* to be let to bail, the judge refused his application and remanded him to jail. From this judgment he appealed to this court. When the case was considered by us at the last term, we were equally divided as to whether the facts showed the crime to be bailable or not. The case was consequently continued until the present term. As there is no question of law in the case, it is but matter of form, in order to comply with the statute, and finally dispose of the case in this court, that we should now state our opinions *seriatim*.

DOWNEY, J.—It is my opinion that upon the facts, as presented to us, the honorable judge who sat on the case below committed no error in refusing to let the prisoner to bail.

BUSKIRK, J.—I concur in the above opinion.

PETTIT, J., and WORDEN, C. J.—We are of opinion that the evidence shows the offence to have been bailable, and, therefore, that the prisoner should have been let to bail.

*A. S. Blake, R. M. Johnson, O. H. Main,* and *W. A. Woods,* for appellant.

*J. A. S. Mitchell* and *B. W. Hanna,* Attorney General, for the State.